# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERONICA WALKER,

               Plaintiff,

      vs.

ELITE COMFORT SOLUTIONS LLC; LEGGET & PLATT, INCORPORATED; KAMI CARTER; and DOES 1-20,

               Defendants.

Case 5:25-cv-03033-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant Kami Carter's Motion for Judgment on the Pleadings, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Judgment on the Pleadings is **GRANTED**.

2. Plaintiff's claims for intentional infliction of emotional distress and negligent infliction of emotional distress against Defendant Carter are **DISMISSED WITH PREJUDICE**.

3. Judgment is **ENTERED** in favor of Defendant Carter and against Plaintiff on the intentional infliction of emotional distress and negligent infliction of emotional distress claims.

    **IT IS SO ORDERED.**

Dated: March 20, 2026

_____
Honorable Jesus G. Bernal
United States District Judge